UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 14-2316 JAK(JC) | Date | March 20, 2015 |
|---|---|---|---|
| Title | Anthony Pierce Grigsby v. Hector D. Ludi, M.D., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**     (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE DISMISSAL**

On November 13, 2014, plaintiff, Anthony Pierce Grigsby ("plaintiff"), who is in custody at the California Rehabilitation Center in Norco, CA ("CRC") and has been granted leave to proceed *in forma pauperis*, filed a *pro se* Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 ("Section 1983") against two Riverside County Regional Medical Center ("RCRMC") officials, namely (1) Dr. Hector Daniel Ludi, Attending Staff Physician ("Ludi"); and (2) Dr. Arnold D. Tabuenca, Medical Director ("Tabuenca").[1]  (Complaint at 3).  Plaintiff sues the defendants in their individual and official capacities, and seeks monetary relief.  (Complaint at 3, 6).

On February 19, 2015, this Court dismissed the Complaint with leave to amend and afforded plaintiff an opportunity, if he wished to pursue this matter, to file a First Amended Complaint within fourteen (14) days, *i.e.*, by March 5, 2015.  The Court expressly cautioned plaintiff that the failure timely to file a First Amended Complaint may result in the dismissal of this action with or without prejudice on the grounds set forth in the February 19 Order and/or for failure diligently to prosecute.  To date, although the foregoing deadline has expired, plaintiff has failed to file a First Amended Complaint or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **April 3, 2015**, why this action should not be dismissed based upon the deficiencies identified in the February 19 Order and/or based upon plaintiff's failure to prosecute.  **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

---

[1] The Court refers to the handwritten pages inserted between pages 5 and 6 of the Complaint as pages "5a-5g."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 14-2316 JAK(JC) | Date | March 20, 2015 |
|---|---|---|---|
| Title | Anthony Pierce Grigsby v. Hector D. Ludi, M.D., et al. | | |

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, will result in the dismissal of this action based upon the deficiencies identified in the February 19 Order, plaintiff's failure to prosecute this action and/or plaintiff's failure to comply with the Court's order.**

IT IS SO ORDERED.

Attachment

| | Initials of Deputy Clerk | hr |
|---|---|---|