1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PIERCE GRIGSBY, | ) Case No. EDCV 14-2316 JAK(JC) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| HECTOR D. LUDI, et al., | ) |
| Defendants. | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 23, 2015

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE